The Supreme Court docket number is SC 16198.

*Eyvind Rodriguez*, pro se, in support of the petition.

Decided October 6, 1999

---

ELIZABETH A. VILLANO, EXECUTRIX (ESTATE OF FREDERICK VILLANO) *v.* CARLO POLIMENI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 744 (AC 17810), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Renee Marie Houle*, in support of the petition.

*Thomas M. DeLillo*, in opposition.